In the matter of Charles MacRae. No opinion. Motion denied, with $10 costs. Order filed.

MAGNONI, v. GIFUNI. (Supreme Court, Appellate Term. May 16, 1907.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Michael Magnoni against Joseph Gifuni. Appeal by defendant from a judgment in favor of plaintiff. Affirmed. Joseph Gifuni, in pro. per. Ely Rosenberg, for respondent.

SEABURY, J. The plaintiff has recovered a judgment for $250 and costs against the defendant. The defendant is an attorney and counselor at law, and the plaintiff was a clerk in his office. The testimony established, and the trial justice found, that the defendant agreed to pay the plaintiff one-half of the defendant's fees, after deducting costs and disbursements, from cases which the plaintiff sent or caused to be sent to the defendant. The evidence clearly shows that the plaintiff caused one Spinella to retain the defendant to collect his claim against the Pennsylvania Railroad Company. This claim, through the efforts of the defendant, was settled for $4,000, and 10 per centum of this sum was paid to the defendant as his fee. Spinella also paid the defendant an additional fee of $100. These facts being proven, the trial justice gave judgment for the plaintiff. The issue upon the trial was solely one of fact, and the evidence sustains the determination of the trial justice. Judgment affirmed, with costs. All concur.

MALHAMI et al., Respondents, v. ABDELNOUR et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by George Malhami and another against Selma Abdelnour and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

MALLOY, Respondent, v. STARIN, Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Walter R. Malloy, an infant, against John H. Starin. D. W. Richards, for appellant. J. M. Gardner, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

MANCE, Respondent, v. HOSINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Louis C. Mance against George A. Hosington.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless within 40 days from date of service of a copy of this order, with notice of entry hereof, appellant file and serve the printed papers on appeal, as required by rule 41, and pay $10 costs of this motion, in which event the motion is denied, without costs.

MARIENFELD, Respondent, v. FREUNDLICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Fritz Marienfeld against Abraham Freundlich and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

MARKELL, Respondent, v. MORSE CHAIN WORKS, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by George R. Markell, Jr., against the Morse Chain Works. No opinion. Judgment and order unanimously affirmed, with costs.

MARSON, Respondent, v. FOLEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by William H. Marson against Frank F. Foley and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re MARX. MANN et al. v. NUSTED et al. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) In the matter of the judicial settlement of the account of Margarethe C. Marx, as executrix of Frederick Marx, deceased. Margarethe C. Marx, individually and as executrix of Frederick Marx, deceased, Ernestina Mann, and others, against Sophie L. C. Nusted and others. No opinion. Motion for reargument denied, with $10 costs.

MAUCHER, Respondent, v. FUCHS, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Elizabeth Maucher, as administratrix, etc., of Joseph Maucher, deceased, against Michael Fuchs.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, J., dissents.

MAXON, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by Abe Maxon against Fred Miller and others.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING and WILLIAMS, JJ., dissent.

(119 App. Div. 832)

In re MAYOR, ETC., OF CITY OF NEW YORK. In re VANDERBILT AVE. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Proceeding in the matter of the mayor, aldermen, and commonalty of the city of New York, in relation to Vanderbilt avenue. Appeal from an order confirming a report of commissioners. Order affirmed. John P. Dunn, for appellant. S. Livingston Samuels, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the authority of In re Mayor, 95 App. Div. 533, 88 N. Y. Supp. 769.

INGRAHAM, J. (dissenting). The respondent has been awarded $2,000 to compensate her